IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF OHIO
WESTERN DISTRICT

| | |
|---|---|
| TRI-STATE EDUCATIONAL SYSTEMS, INC. d/b/a TRI-STATE SEMI DRIVER AND TRI-STATE SEMI DRIVER TRAINING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STUDENT MARKETING SERVICES, LLC and STUDENT FINANCE CORPORATION, et al., <br><br> Defendants. | CASE NO. C-1-02-379 |

**MOTION TO WITHDRAW AS COUNSEL
FOR STUDENT MARKETING SERVICES, LLC**

Saul Ewing LLP, by and through attorneys Elizabeth Utz Witmer and Christine M. Kovan, and Taft, Stettinius & Hollister, LLP, by and through its attorney Russell S. Sayre, attorneys for Defendant STUDENT MARKETING SERVICES, LLC ("SMS"), hereby respectfully request permission to withdraw from representing SMS.

1. Elizabeth Utz Witmer and Christine M. Kovan of Saul Ewing LLP, attorneys of record (*pro hac vice*), and Russell S. Sayre of Taft, Stettinius & Hollister, LLP, local counsel, represent SMS in this matter.[1]

---

[1] By order dated January 13, 2003, this Court granted the request of Ms. Witmer and Ms. Kovan to appear pro hac vice on behalf of SMS. The order presented to the Court mistakenly referenced Student Finance Corporation ("SFC"). SFC is a separate legal entity that has been in bankruptcy since 2002. Saul Ewing LLP, Ms. Witmer and Ms. Kovan have never represented and do not represent SFC. Accordingly, they did not enter an appearance on SFC's behalf. David A. Gradwohl and Anthony P. DeMichele of Fox, Rothschild, O'Brien & Frankel, LLP entered their appearance for SFC on August 15, 2002, and, to the best of our knowledge, they have never withdrawn their appearance.

2. By Order dated December 2, 2002, this Court stayed the case pending the disposition of the Student Finance Corporation bankruptcy ("SFC Bankruptcy"). The SFC Bankruptcy is still pending.

3. SMS is no longer operating and has no assets.

4. This motion is based on good cause. SMS retained Saul Ewing LLP as counsel and Taft, Stettinius & Hollister, LLP as local counsel in November, 2002. SMS has been unable to meet its significant obligations to Saul Ewing LLP and to Taft, Stettinius & Hollister, LLP in this matter and others.

5. SMS has no insurance coverage to pay its defense costs.

6. SMS has consented to the withdrawal and to this Motion to Withdraw. See Exhibit "A."

7. The relief requested in this Motion to Withdraw is not sought for purposes of delay.

WHEREFORE, counsel for Student Marketing Services, LLC respectfully requests that the Court enter an Order permitting Saul Ewing LLP and Elizabeth Utz Witmer and Christine M. Kovan to withdrawal as counsel, and Taft, Stettinius & Hollister, LLP and Russell S. Sayre to withdrawal as local counsel, for SMS.

Respectfully submitted,

SAUL EWING LLP

Dated: November 1, 2005    By: _____
Elizabeth Utz Witmer
Christine M. Kovan
*Admitted Pro Hac Vice*
1200 Liberty Ridge Drive
Suite 200
Wayne, PA 19087-5569
(610) 251-5062
(610) 408-4400 (fax)


TAFT, STETTINIUS & HOLLISTER, LLP

Dated: November 2, 2005    By: _____
Russell S. Sayre
425 Walnut Street
Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838

ATTORNEYS FOR DEFENDANT
STUDENT MARKETING SERVICES, LLC

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the above and foregoing document was mailed by certified mail, return receipt requested, and/or first class mail, postage prepaid, to all parties listed on the attached Service List on this __2__ day of November, 2005.

                                              */s/ Russell Sayre*
                                              Russell S. Sayre

## SERVICE LIST

Steven A. Tooman and Gregory E. Hull
Trial Attorneys for Plaintiff
Millikin & Fitton
6 South Second Street
Hamilton, OH 45011

David A. Gradwohl
Anthony P. DeMichele
Trial Attorneys for Student Finance Corporation
Fox, Rothschild, O'Brien & Frankel, LLP
1250 S. Broad Street, Suite 1000
Lansdale, PA 19446-0431

George J. Zamary
Arthur E. Phelps
Trial Attorneys for Drew Hanson and Jim Pearson
Rendigs, Fry, Kiely & Dennis
900 Fourth & Vine Street
5 W. Fourth Street
Cincinnati, OH 45202-3688