# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF OHIO
WESTERN DISTRICT

| | |
|---|---|
| TRI-STATE EDUCATIONAL SYSTEMS, INC. d/b/a TRI-STATE SEMI DRIVER AND TRI-STATE SEMI DRIVER TRAINING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STUDENT MARKETING SERVICES, LLC and STUDENT FINANCE CORPORATION, et al., <br><br> Defendants. | CASE NO. C-1-02-379 |

## CONSENT TO WITHDRAWAL OF COUNSEL

COME NOW, Defendant, Student Marketing Services, LLC ("SMS") and file this statement that it consents to the withdrawal of **Saul Ewing LLP**, Elizabeth Utz Witmer and Christine M. Kovan as counsel of record for SMS in the above-captioned action. Defendant, SMS also consents to the withdrawal of **Taft, Stettinius & Hollister, LLP,** Russell S. Sayre as counsel of record for SMS in the above-captioned action.

Respectfully submitted,

Dated: October 24, 2005

By: _____
Harold Hendrickson
Student Marketing Services, LLC
1405 Foulk Road
Wilmington, DE 19803