UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TRI-STATE EDUCATIONAL SYSTEMS,        :      Case No.: C-1-02-379
    Plaintiff,                                      :      ( Judge Herman J. Weber)

v.                                                           :

STUDENT MARKETING,
                                                              :
    Defendant

## ORDER

The above styled case is before the Court on the Motion to Withdraw (#38) filed by counsel for Student Marketing Services, LLC.

The Court upon review of the record, and with no objections having been filed by the parties hereby GRANTS said motion.

Saul Edwing LLP, Elizabeth U. Witmer, Christine M. Kovan and Russell S. Sayre are hereby terminated as counsel of record for defendant Student Marketing Services, LLC.

The Clerk of Courts shall serve a copy of this Order to Defendant Student Marketing Services, LLC at their last know address.

**IT IS SO ORDERED.**

                                                                       s/Herman J. Weber
                                                  Herman J. Weber, Judge
                                                  United States District Court