**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Harold Hendrickson
   Student Mkt. Svc. LLC
   1405 Foulk Rd.
   Wilmington, DE.
   19803

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Deborah P_____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Deborah Pik
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7002 0860 0000 1408 9634

PS Form 3811, August 2001 — 102595-02-M-1540